# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BECK BRANCH LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**POLYCOM, INC.,**<br><br>    Defendant. | **CIVIL ACTION NO**<br>**1:18-cv-980-LPS-CJB**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Beck Branch LLC ("Plaintiff") voluntarily dismisses this action without prejudice. Plaintiff affirmatively represents that the Defendant has not filed or served an answer, nor a motion for summary judgment. Each party to bear its own costs and fees.

Respectfully Submitted,

**BECK BRANCH LLC**

Dated:  September 5, 2018            By:  /s/Stamatios Stamoulis

Stamatios Stamoulis #4606
stamoulis@swdelaw.com
Richard C. Weinblatt #5080
weinblatt@swdelaw.com

STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540

Papool S. Chaudhari
(*Pro Hac Vice* application pending)
Chaudhari Law, PLLC
P.O. Box 1863
Wylie, Texas 75098
Phone: (214) 702-1150
Fax: (214) 705-3775
Papool@ChaudhariLaw.com

**ATTORNEYS FOR PLAINTIFF
BECK BRANCH LLC**

**CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule on this, the 5th day of September, 2018.  Any other counsel of record will be served by first class U.S. mail on this same date.

                                                                                      */s/Stamatios Stamoulis*